# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CLEVELAND,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:16-cv-01732-AWI-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 2)<br><br>TWENTY DAY DEADLINE |

On November 16, 2016, Plaintiff Timothy Cleveland ("Plaintiff") filed the complaint in this action. (ECF No. 1.) Plaintiff filed an application to proceed in forma pauperis without prepayment of the filing fee on the same day. (ECF No. 2.)

In order to proceed without prepayment of the filing fee, Plaintiff must submit an affidavit demonstrating that he "is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). Plaintiff indicates that he owns approximately 1/4 acre of land for farm operation. Notably, the in forma pauperis application asks Plaintiff to state the value of the property and Plaintiff declined to answer the question. Plaintiff indicates that he is not currently employed, but he does not state the date of his last employment, the amount of his take-home salary or wages and pay period, and the name and address of his last employer. Plaintiff's application is insufficient for the Court to determine if he is entitled to proceed without prepayment of fees in this action.

1

1      Plaintiff is reminded that he must disclose any financial support he receives from others
2  as part of his in forma pauperis application. All assets and sources of money must be disclosed.
3  An in forma pauperis application must state sufficient information for the Court to determine the
4  ability to pay the costs of litigation.

5      Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed
6  in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  If Plaintiff is
7  unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in
8  full.

9      Based upon the foregoing, it is HEREBY ORDERED that:

10     1.   The Clerk of the Court is directed to forward an Application to Proceed in District
11          Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

12     2    Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the
13          $400.00 filing fee for this action, or (2) complete and file the enclosed
14          Application to Proceed in District Court Without Prepaying Fees or Costs (Long
15          Form) – AO 239; and

16     3.   If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:   **November 18, 2016**

UNITED STATES MAGISTRATE JUDGE