# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CLEVELAND,<br><br>  Plaintiff,<br><br>  v.<br><br>THOMAS C. HUNTON, et al.,<br><br>  Defendants. | Case No.  1:16-cv-01732-AWI-SAB<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED <u>IN FORMA PAUPERIS</u><br><br>(ECF No. 4) |

On November 16, 2016, Plaintiff Timothy Cleveland ("Plaintiff") filed the complaint in this action, along with an application to proceed <u>in forma pauperis</u> without prepayment of the filing fee.  (ECF Nos. 1, 2.)  Plaintiff was ordered to file a long form application within twenty one days of November 18, 2016.  (ECF No. 3.)  On December 2, 2016, Plaintiff filed a long form application to proceed without prepayment of fees.  (ECF No. 4.)

Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.  Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

Accordingly, the Court GRANTS Plaintiff's motion to proceed in forma pauperis.

IT IS SO ORDERED.

Dated:  **December 8, 2016**

UNITED STATES MAGISTRATE JUDGE

1