# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CLEVELAND, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS C. HUNTON, et al., <br><br> Defendants. | Case No. 1:16-cv-01732-AWI-SAB <br><br> ORDER DIRECTING CLERK OF THE COURT TO FORWARD PLAINTIFF THE NECESSARY SERVICE OF PROCESS FORMS FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |

On November 16, 2016, Plaintiff Timothy Cleveland ("Plaintiff"), proceeding pro se and in forma pauperis, filed this civil rights action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. On April 25, 2017, Senior District Judge Anthony W. Ishii ordered that certain claims and defendants were dismissed from this action and the matter was referred to the undersigned to initiate service of process. This action is proceeding on the second amended complaint filed March 14, 2017, against Defendant Thomas C. Hunton for declaratory relief on Plaintiff's Administrative Procedures Act claim regarding the decision to accelerate his 2014 loan.

Accordingly, it is HEREBY ORDERED that:

1. Service shall be initiated on the following defendant:

    **THOMAS C. HUNTON**

1

2. The Clerk of the Court shall send Plaintiff one (1) USM-285 forms, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the Second Amended Complaint filed March 14, 2017 (ECF No. 12);

3. Within thirty (30) days from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. One completed summons for each defendant listed above;

    b. One completed USM-285 form for each defendant listed above;

    c. Two (2) copies of the endorsed Second Amended Complaint filed March 14, 2017;

4. Plaintiff need not attempt service on the defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs; and

5. The failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated: **April 27, 2017**

UNITED STATES MAGISTRATE JUDGE