# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CLEVELAND, | Case No. 1:16-cv-01732-AWI-SAB |
| Plaintiff, | ORDER DIRECTING CLERK OF THE COURT TO RETURN SERVICE OF PROCESS FORMS TO BE RESUBMITTED IN COMPLIANCE WITH APRIL 28, 2017 ORDER |
| v. | |
| THOMAS C. HUNTON, et al., | |
| Defendants. | TEN DAY DEADLINE |

On April 28, 2017, an order issued requiring Plaintiff to complete and return service documents within thirty days. On May 30, 2017, Plaintiff was ordered to return the documents by June 15, 2017. On June 12, 2017, Plaintiff submitted service documents. Upon review of the service documents, Plaintiff's documents do not comply with the April 28, 2017 order.

The April 28, 2017 order required Plaintiff to return a. One completed summons for each defendant; b. One completed USM-285 form for each defendant; and c. **Two (2)** copies of the endorsed Second Amended Complaint filed March 14, 2017. (Order Directing Clerk of Court to Forward Plaintiff the Necessary Service of Process Forms for Completion and Return Within Thirty Days 2, ECF No. 16 (emphasis added).) Plaintiff returned one, not two, copies of the second amended complaint. Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office is directed to return the service documents to Plaintiff; and
2. Within ten (10) days from the date of service of this order, Plaintiff shall return:

1

1. a. One completed summons for each defendant;
2. b. One completed USM-285 form for each defendant; and
3. c. Two (2) copies of the endorsed Second Amended Complaint filed March 14, 2017; and
3. If Plaintiff fails to return the service documents in compliance with this order, this action may be dismissed.

IT IS SO ORDERED.

Dated: **June 12, 2017**

UNITED STATES MAGISTRATE JUDGE