PHILLIP A. TALBERT
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Thomas C. Hunton, in his official capacity
as Farm Loan Manger for the United States Department of Agriculture, Farm Service Agency

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CLEVELAND,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS C. HUNTON, et al.,<br><br>Defendants. | Case No. 1:16-cv-01732-AWI-SAB |

## EX PARTE REQUEST TO EXTEND DEFENDANT'S TIME
## TO RESPOND TO SECOND AMENDED COMPLAINT; ORDER

The United States requests an extension of time for Thomas C. Hunton, in his official capacity as Farm Loan Manger for the United States Department of Agriculture, Farm Service Agency, ("Defendant") to respond to the Second Amended Complaint of Timothy Cleveland ("Plaintiff"), proceeding *pro se*, based on the following:

1.      The defendant is an employee of the United States Department of Agriculture. He has been sued in his official capacity under the Administrative Procedures Act ("APA"), based upon the agency's review of the decision to accelerate plaintiff's loan. The defendant will be represented by the United States Attorney's Office.

2.      The Court recently entered an Order Adopting Findings and Recommendations and Dismissing Certain Defendants and Claims. Doc. 13, 15. Additional time is required to gather administrative records and discuss the alternatives, including whether to file a motion to dismiss

because the plaintiff did not complete the administrative review process before filing the complaint and whether any plausible basis for relief exists.

3.      In light of the foregoing, and to enable the United States Attorney's Office to respond to the second amended complaint, it is respectfully requested that the Court extend the defendant's time to respond by approximately thirty (30) days to and including September 22, 2017.

Respectfully submitted,

Dated:   August 24, 2017                    PHILLIP A. TALBERT
                                            United States Attorney


                                    By:     /s/Jeffrey J. Lodge
                                            JEFFREY J. LODGE
                                            Assistant U.S. Attorney
                                            Attorneys for the United States

**ORDER**

IT IS SO ORDERED that the Defendant's time to respond to the Second Amended Complaint is extended to and including September 22, 2017.

IT IS SO ORDERED.

Dated:   **August 24, 2017**
                                            _____
                                            UNITED STATES MAGISTRATE JUDGE