# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CLEVELAND,<br><br>    Plaintiff,<br><br>    v.<br><br>THOMAS C. HUNTON, et al.,<br><br>    Defendants. | Case No. 1:16-cv-01732-AWI-SAB<br><br>ORDER DIRECTING CLERK OF THE COURT TO ISSUE NEW CIVIL CASE DOCUMENTS |

Plaintiff has filed a complaint in this action that has been screened and found to state a cognizable claim. Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to issue civil new case documents.

IT IS SO ORDERED.

Dated: __November 27, 2017__

UNITED STATES MAGISTRATE JUDGE

1